**Order entered July 23, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00383-CR

### ALEJANDRO VALLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70329-R**

## ORDER

Before the Court is Julie Jones Woods's July 19, 2019 motion to withdraw as counsel for appellant. We **GRANT** the motion. We **DIRECT** the Clerk to remove Julie Jones Woods as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE